■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v APPLES, INC., et al., Respondents. — Petition to compel respondents to comply with the order of the State Division of Human Rights dated September 22, 1983, unanimously granted, without costs and without disbursements, and respondents directed to comply with the requirements of paragraph 1 of the State Division of Human Rights order dated September 22, 1983, by paying to complainant, Olga M. Drum, the sum of $3,140 for the period February 24, 1981 to June 1, 1981, less any moneys earned by said complainant, with interest at the rate of 9% per annum from April 14, 1981, in accordance with CPLR 5001 (b) and 5004. No opinion. Concur — Murphy, P. J., Ross, Lynch, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CUBBY GIBSON, Appellant. — Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on November 1, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RODRIGUEZ, Appellant. — Judgment of resentence, Supreme Court, New York County (Robert Haft, J.), rendered on September 28, 1983, unanimously affirmed. Application by appellant for leave to file a supplemental brief denied. No opinion. Concur — Ross, J. P., Asch, Bloom, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE QUEVEDO, Appellant. — Judgment, Supreme Court, Bronx